No. 92–7058. SOLA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 92–7059. MARTINEZ-CORTEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 92–7060. LORENTSEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 92–7061. MacINNIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 92–7062. REED *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 92–7063. HEAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 92–7065. HANNAH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 92–7068. GONZALES *v.* TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied. 

No. 92–7069. DURLING *v.* JUSTICES OF THE TAUNTON DISTRICT COURT ET AL. C. A. 1st Cir. Certiorari denied.

No. 92–7071. KATSAKIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 92–7072. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 92–7073. FICKLIN *v.* BORG, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 92–7074. HUBBARD *v.* OHIO. Ct. App. Ohio, Butler County. Certiorari denied.

No. 92–7075. CRAWFORD *v.* COPELAND ET AL. C. A. 5th Cir. Certiorari denied. 

No. 92–7076. HARVEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 92–7077. DAVIS *v.* MUNCY ET AL. C. A. 6th Cir. Certiorari denied.